### BURCHIK v. YAZOO & M. V. R. CO.

#### No. 5484.

Court of Appeal of Louisiana. Second Circuit.

Dec. 3, 1937.

Fink & Fink, of Monroe, for appellant.

Thompson & Thompson, of Monroe, for appellee.

HAMITER, Judge.

The appeal in this case is from a judgment sustaining an exception of no cause of action filed by defendant.

In his petition, plaintiff alleges that he received injuries while riding on a freight train owned and negligently operated by defendant company, and prays damages therefor.

· It is obvious that appellant has abandoned the appeal, for he has made no appearance in its behalf, either through oral argument or brief. In a situation of this kind, the judgment appealed from will not be disturbed. Calhoun v. Hodges (La. App.) 174 So. 209, and cases therein cited.

The judgment is affirmed.